Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES ● NO

**DOCKET NUMBER:** 5:26-CR-22-MEO

*If case is to be sealed, a Motion to Seal and proposed Order* ***must*** *be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | **:US vs** | JUAN HERNANDEZ-CABRERA |
| **COUNTY OF OFFENSE** | : | WATAUGA |
| **RELATED CASE INFORMATION** | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ◯ Petty ◯ Misdemeanor ◉ Felony

8 U.S.C. §§ 1326(a) 8 U.S.C. § 1306(b)

**JUVENILE:** ◯ Yes ◉ No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | KENNETH SMITH |
| **VICTIM/WITNESS COORDINATORS:** | | |
| **INTERPRETER NEEDED** | : | YES |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | |

(Maintain form in the Attorney Work Product Folder; Purge before archiving.)