# MINIMUM / MAXIMUM PENALTY FORM

UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF NORTH CAROLINA

United States v. Juan Hernandez-Cabrera

Case Number: 5:26CR-22-MEO

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 8/1326(a) -- illegal reentry by an alien | n/a | 2 years imprisonment, $250,000 fine or both, and no more than 1 year of supervised release |
| 2 | 8/1306(b) -- failure to register a change of | | Misdemeanor -- 6 months imprisonment, $1,000 fine (no supervised release) |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? n/a
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? n/a
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? n/a
* 18 U.S.C. 924(c) only

Brandish ☐

Discharge ☐